```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA
XEROX, CORP.,                    )
                                 )
            Plaintiff,           )    No.  1:05-cv-154-OWW SMS
                                 )
       v.                        )    ORDER TO STATISTICALLY
                                 )    CLOSE CASES WHICH ARE
WALTER LOVELADY, et al.,         )    STAYED BECAUSE OF
                                 )    BANKRUPTCY PROCEEDINGS
            Defendant.           )
                                 )
_____)
```

       The court in the reviewing the above-entitled case, notes that one or more of the parties is involved in a bankruptcy matter, and because of such, this case has been stayed.

       The clerk of the court is directed to statistically close the above case.(This procedure having been adopted by the Judicial Conference, March 1992). Should counsel desire to re-open the case, they shall file the following pleading:

               **"REQUEST TO RE-OPEN CASE AND**
               **SET SCHEDULING CONFERENCE"**

       Nothing contained in this order shall be considered a dismissal or disposition of the matter. Should the case be re-opened it shall proceed as if this order had not been entered.

       Any currently scheduled dates in the matter are

vacated.

Dated: August 2, 2005                    /s/ OLIVER W. WANGER
                                         _____
                                         OLIVER W. WANGER
                                         United States District Judge